IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID L. GUIDRY,

    Petitioner,                  No. CIV S-04-1645 WBS JFM P

    vs.

STATE OF CALIFORNIA, et al.,

    Respondents.             <u>ORDER</u>

        /

    This petition for writ of habeas corpus was dismissed without prejudice on December 13, 2004. Documents filed by petitioner in this action since the closing date will be disregarded and no orders will issue in response to future filings bearing the above-referenced case number.

DATED: October 11, 2005.

UNITED STATES MAGISTRATE JUDGE

12
guid1645.158